UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
GINA MARIE ROSADO,

                      Plaintiff,

             -against-

MILES DANIEL JOHNSON and
BAKER INSTALLATIONS, INC.,

                     Defendants.
------------------------------------------------------------------x

Civil Action No.
08 CIV. 5387 (RJH)

**RULE 7.1 DISCLOSURE**

       Defendant, BAKER INSTALLATIONS, INC., through its attorneys, NESCI - KEANE, PLLC, submits as and for its Rule 7.1 Corporate Disclosure as follows:

       Upon information and belief, BAKER INSTALLATIONS, INC. is a close corporation with no parent or subsidiary companies.

Dated: Hawthorne, New York
       June 13, 2008

Yours, etc.,

NESCI - KEANE, PLLC

By: _____
Jason M. Bernheimer, Esq. (JB 9566)
Attorneys for Defendant
40 Saw Mill River Road - Suite UL1
Hawthorne, New York 10532
(914) 345-0005
File No. 08-069/217578

TO:   MITCHEL E. WEISS, ESQ.
       Attorney for Plaintiff
       150 Broadway - Suite 1307
       New York, NY 10038
       (212) 571-7171
       File No. PN-1424

STATE OF NEW YORK            )
                             )SS.:
COUNTY OF WESTCHESTER        )

Kristine Carrizzo, being duly sworn says:

I am not a party to the action, am over 18 years of age and reside at Dutchess County, New York. On June 13, 2008, I served a true copy of a **RULE 7.1 DISCLOSURE** by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York addressed to the last known address of the addressee as indicated below:

TO:   MITCHEL E. WEISS , ESQ.
      Attorney for Plaintiff
      150 Broadway - Suite 1307
      New York, NY  10038

_____
KRISTINE CARRIZZO

SWORN to before me this
13th day of June, 2008

_____
JASON M. BERNHEIMER
Notary Public, State of New York
   No. 02BE6019121
  Qualified in Westchester County
Commission Expires February 1, 2011