UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GINA MARIE ROSADO,

                    Plaintiff,

                 -against-

MILES DANIEL JOHNSON and
BAKER INSTALLATIONS, INC.,

                    Defendants.
-----------------------------------------------------------------x

Civil Action No.
08 CIV. 5387 (RJH)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                             )SS.:
COUNTY OF WESTCHESTER    )

    Kristine Carrizzo, being duly sworn says:

    I am not a party to the action, am over 18 years of age and reside at Dutchess County, New York. On June 13, 2008, I served a true copy of a **NOTICE OF REMOVAL OF ACTION** by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York addressed to the last known address of the addressee as indicated below:

TO:    MITCHEL E. WEISS, ESQ.
         Attorney for Plaintiff
         150 Broadway - Suite 1307
         New York, NY 10038

                                            _____
                                            KRISTINE CARRIZZO

SWORN to before me this
13th day of June, 2008

_____
JASON M. BERNHEIMER
Notary Public, State of New York
    No. 02BE6019121
Qualified in Westchester County
Commission Expires February 1, 2011