UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
GINA MARIE ROSADO,

                  Plaintiff,

-against-

MILES DANIEL JOHNSON and
BAKER INSTALLATIONS, INC.,

                  Defendants.
-----------------------------------------------------------------x
MILES DANIEL JOHNSON and
BAKER INSTALLATIONS, INC.,

                  Third Party Plaintiffs,

- against -

EDWARD ROSADO,

                  Third Party Defendant.
-----------------------------------------------------------------x

Civil Action No.
08 Civ 5387 (RJH)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                 )SS.:
COUNTY OF WESTCHESTER    )

    Kristine Carrizzo, being duly sworn says:

    I am not a party to the action, am over 18 years of age and reside in Dutchess County, New York. On July 1st, 2008, I served a true copy of a ***Third Party Summons and Complaint***, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York addressed to the last known address of the addressee as indicated below:

-1-

TO:   LAW OFFICES OF MITCHEL E. WEISS
      Attorney for Plaintiff
      150 Broadway, Suite 1307
      New York, New York 10038

_____
KRISTINE CARRIZZO

SWORN to before me this

1st day of July 2008

_____
JASON M. BERNHEIMER
Notary Public, State of New York
No. 02BE6019121
Qualified in Westchester County
Commission Expires February 1, 2011