AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

PLAINTIFF
GINA MARIE ROSADO

V. DEFENDANT AND THIRD PARTY PLAINTIFF

MILES DANIEL JOHNSON and BAKER INSTALLATIONS, INC.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 08 Civ 5387 (RJH)

V. THIRD PARTY DEFENDANT
EDWARD ROSADO,

To: Name and address of Third Party Defendant
EDWARD ROSADO
2501 Morris Avenue, #2F
Bronx, New York 10468

**YOU ARE HEREBY SUMMONED** and required to serve on

| PLAINTIFF'S ATTORNEY (name and address) | DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address) |
|---|---|
| MITCHEL E. WEISS, ESQ.<br>150 Broadway, Suite 1307<br>New York, New York 10038 | NESCI - KEANE PLLC<br>40 Saw Mill River Road, Suite UL1<br>Hawthorne, New York 10532 |

an answer to the third-party complaint which is served on you with this summons, within ___20___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. M. McMahon
CLERK

(By) DEPUTY CLERK

7-1-08
DATE

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE July 23, 2008 |
| NAME OF SERVER Martin Licitti(?) | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 2501 Morris Avenue, Apt 2F, Bronx, NY 10468

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES |||
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on July 26, 2008

Signature of Server

3874 Valley View St Cohegan Lake, NY
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.