UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
GINA MARIE ROSADO,

                         Plaintiff,

      -against-

MILES DANIEL JOHNSON and
BAKER INSTALLATIONS, INC.,

                        Defendants.
------------------------------------------------------------------------x
MILES DANIEL JOHNSON and
BAKER INSTALLATIONS, INC.,

                Third Party Plaintiffs,

   - against -

EDWARD ROSADO,

                Third Party Defendant.
------------------------------------------------------------------------x

Civil Action No.
2008-CV-05387 (RJH)

**AFFIRMATION IN OPPOSITION**

     JASON M. BERNHEIMER, an attorney duly admitted to practice law in the Courts of the State of New York and in the Southern District of New York, affirms the truth of the following under the penalties of perjury:

     1.    That I am associated with the law firm of NESCI - KEANE, PLLC attorneys for the defendants/third-party plaintiffs, herein. As such I am fully familiar with the facts and circumstances of the within action based upon a review of the file maintained in this office.

     2.    That I submit this Affirmation in opposition to the motion by plaintiff seeking an Order pursuant to 28 USC §1447 to remand this action to the Supreme Court of the State of New

York, County of Bronx. The plaintiff failed to establish any viable basis for remanding this action to state court. Accordingly, the motion should be denied in its entirety.

3. This action seeks money damages for the personal injuries allegedly sustained by the plaintiff in an alleged motor vehicle accident that occurred on November 19, 2007 in Bronx County, New York. The plaintiff was a passenger in the vehicle operated by her husband the third-party defendant, EDWARD ROSADO. According to the Police Accident Report, the alleged accident occurred when the vehicle operated by defendant/third-party plaintiff, MILES JOHNSON, and owned by defendant/third-party defendant, BAKER INSTALLATIONS, INC., was attempting to make a right turn and it was struck by the ROSADO vehicle as ROSADO attempted to pass on the right in the bicycle lane. Copies of the Police Accident Report and Amended Police Accident Report are annexed hereto as Exhibit "A".

4. The instant action was commenced with the filing of a Summons & Complaint in the Supreme Court of the State of New York, County of Bronx on or about February 25, 2008. A copy of the Summons & Complaint were attached as Exhibit "A" to plaintiff's motion. In that action, the plaintiff named as party defendants, the two defendants named herein and also EDWARD ROSADO. Plaintiff's counsel apparently learned that ROSADO'S insurance policy did not provide coverage for spousal liability and therefore the carrier refused to provide a defense or indemnification to ROSADO in the action instituted by his wife.

5. As a result of ROSADO'S insurance company refusing to provide coverage to him in the action, plaintiff voluntarily discontinued the action as against him. As set forth in plaintiff's motion, this office agreed to institute a third-party action as against ROSADO, after the main action

was discontinued against him. It should be noted that considering what appears to be certain comparative fault on the part of ROSADO, had he remained a defendant in the action, cross-claims against him would have been interposed.

6. After plaintiff discontinued the action against her husband, it was determined that this Court's diversity jurisdiction was created. Accordingly a removal petition was filed promptly filed after receipt of the discontinuance against ROSADO. Shortly after filing the removal petition, a third-party action was commenced as against EDWARD ROSADO in this Court.

7. An Answer to the third-party complaint was filed on August 21, 2008.

8. As set forth in the removal petition, complete diversity of citizenship exists between the plaintiff and the defendants. It is undisputed that the plaintiff is a resident of the State of New York. It is also undisputed, as set forth in the police accident report, that defendant, MILES JOHNSON, is a resident of the State of Minnesota and that defendant, BAKER INSTALLATIONS, INC., is a resident of the Commonwealth of the Pennsylvania with a principal place of business in Pennsylvania. Annexed as Exhibit "B" is a printout from the Pennsylvania Department of State.

9. Significantly, plaintiff does not dispute the fact that removal of the action was proper and that this Court has subject-matter jurisdiction based on diversity of citizenship.

10. The instant motion practice ensued by plaintiff in an effort to now claim that discontinuing the original action against her husband was a mistake and trying to remand the action to state court. Plaintiff's actions are a clear attempt at forum shopping to get the action back in to Bronx County, New York, which is known to be the most liberal venue in the state.

11. Plaintiff's actions in commencing a new separate action against her husband with the idea to consolidate the two actions is nothing more than a calculated effort to destroy diversity of citizenship. There is no question that the plaintiff cannot recover any sum of money from her husband in this action. His insurance company refused to provide a defense or indemnification because his insurance policy did not contain spousal liability coverage.

12. The only reason proffered by plaintiff for the sudden urge to recommence an action against her husband is in the event they get divorced during the pendency of this action she can somehow recover money from him. However, what it appears plaintiff fails to realize is if they get divorced, there is still no insurance coverage for a direct claim against ROSADO because it was the coverage in effect on the day of the accident that controls. In addition, plaintiff's claim that if she gets divorced she will somehow be able to magically recover damages is speculative at best.

13. Thus the Court should plainly see that plaintiff's motion is nothing more than an attempt at forum shopping to get the case out of this Court and back into the ultra-liberal state court in Bronx County. Therefore, the motion should be denied in its entirety.

WHEREFORE it is respectfully requested that the Court issue an Order pursuant to 28 USC §1447 denying plaintiff's motion in its entirety, together with such other and further relief as this Court may deem just and proper.

Dated: Hawthorne, New York
       August 26, 2008

_____
Jason M. Bernheimer (JB 9566)

Exhibit "A"

# POLICE ACCIDENT REPORT

New York State Department of Motor Vehicles
MV-104AN (5/04)

Page ___ of ___ Pages

Precinct: 42
Number: L1049

☐ AMENDED REPORT

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☐ | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|
| Month 11 | Day 19 | Year 07 | Tues | 1533 | 2 | 0 | 0 | Reconstructed ☐ | ☐ | ☐ Yes ☒ No |

## VEHICLE 1 | ☒ VEHICLE 2 ☐ BICYCLIST ☐ PEDESTRIAN ☐ OTHER PEDESTRIAN

**VEHICLE 1 - Driver License ID Number:** P386199581817  State of Lic: MN
**Driver Name - exactly as printed on license:** Miles Daniel Johnson
**Address:** 13154 295th St  Apt. No: ___
**City or Town:** Lindstrom  State: MN  Zip: 55045
**Date of Birth:** 06/14/86  Sex: M  Unlicensed ☐  No. of Occupants: 2  Public Property Damaged ☐
**Name exactly as printed on registration:** Baker Installations Inc
**Address:** 4121 Washington Rd  Apt. No: ___  Haz. Mat Code: ___  Released ☐
**City or Town:** McMurray  State: PA  Zip: 15317
**Plate Number:** YHS7152  State of Reg: PA  Vehicle Year & Make: 2000 Brd  Vehicle Type: TK  Ins. Code: ___

**VEHICLE 2 - Driver License ID Number:** 595556175  State of Lic: NY
**Driver Name - exactly as printed on license:** Rosado, Edward Jr
**Address:** 2501 Morris Av  Apt. No: ___
**City or Town:** Bronx  State: NY  Zip: 10468
**Date of Birth:** 05/07/70  Sex: M  Unlicensed ☐  No. of Occupants: 2  Public Property Damaged ☐
**Name exactly as printed on registration:** Rosado, Gina M  Sex: F  Date of Birth: ___
**Address:** 2501 Morris Ave  Apt. No: 2F  Haz. Mat Code: ___  Released ☐
**City or Town:** Bronx  State: NY  Zip: 11468
**Plate Number:** BMV4144  State of Reg: NY  Vehicle Year & Make: 1993 Toyot  Vehicle Type: 4DSD  Ins. Code: 234

**Ticket/Arrest Number(s):** ___
**Violation Section(s):** ___

### Check if involved vehicle is:
**Vehicle 1:**
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

**Vehicle 2:**
☐ more than 95 inches wide;
☐ more than 34 feet long;
☐ operated with an overweight permit;
☐ operated with an overdimension permit.

### VEHICLE 1 DAMAGE CODES
Box 1 - Point of Impact: 4
Box 2 - Most Damage: 4
Enter up to three more Damage Codes: ___
Vehicle Towed: By ___  To ___

### VEHICLE 2 DAMAGE CODES
Box 1 - Point of Impact: 3 / 3
Box 2 - Most Damage: 3 / 3
Enter up to three more Damage Codes: 4
Vehicle Towed: By ___  To ___

### Circle the diagram below that describes the accident:
Rear End | Left Turn | Right Angle | Right Turn | Head On
Sideswipe (same direction) [circled - Left Turn] | Left Turn | ___ | Right Turn | Sideswipe (opposite direction)

### VEHICLE DAMAGE CODING:
1-13. SEE DIAGRAM ON RIGHT.
14. UNDERCARRIAGE
15. TRAILER
16. OVERTURNED
17. DEMOLISHED
18. NO DAMAGE
19. OTHER

Cost of repairs to any one vehicle will be more than $1000.
☒ Unknown/Unable to Determine  ☐ Yes  ☐ No

**Reference Marker:** ___
**Coordinates (if available):** Latitude/Northing ___  Longitude/Easting ___

**Place Where Accident Occurred:** ☒ BRONX ☐ KINGS ☐ NEW YORK ☐ QUEENS ☐ RICHMOND
**Road on which accident occurred:** Prospect Ave
**at 1) intersecting street:** Jennings St
**or 2)** ☐ N ☐ S ☐ E ☐ W ___ Feet/Miles of ___

### Accident Description/Officer's Notes:
AT T/P/O driver of veh #1 states he was driving N/B on Prospect Ave attempting to make a right turn on Jennings Ave when driver of veh #2 attempted to pass veh #1 on the right lane in the bicycle only lane causing him to collide with veh #2. Driver of veh #2 stated he didn't see the indicator of veh #1 and attempted to pass veh #1 on the right.

| 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 BY | TO 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 4 | | 21 | M | X | 13 | 6 | — | — | Miles Daniel Johnson | |
| B | 1 | 3 | 4 | | 23 | M | X | 13 | 6 | — | — | Barbay II, Norm | |
| C | 2 | 1 | 4 | | 37 | M | X | 13 | 6 | — | — | Rosado, Edward Jr | |
| D | 2 | 3 | 4 | | 37 | F | X | 13 | 6 | — | — | Rosado, Gina | |
| E | | | | | | | | | | | | | |
| F | | | | | | | | | | | | | |

**Officer's Rank and Signature:** PO Rosario(?)
**Tax ID No:** 07010(?)  **NCIC No:** ___  **Precinct:** ___  **Post/Sector:** ___  **Reviewing Officer:** ___  **Date/Time Reviewed:** ___

**PERSONS KILLED OR INJURED IN ACCIDENT** (Letter designation of persons killed or injured must conform)

| A Last Name | First | M.I. | D Last Name | First | M.I. |
|---|---|---|---|---|---|
| Address | | | Address | | |
| Date of Birth Month/Day/Year | Telephone (Area Code) | | Date of Birth Month/Day/Year | Telephone (Area Code) | |

| B Last Name | First | M.I. | E Last Name | First | M.I. |
|---|---|---|---|---|---|
| Address | | | Address | | |
| Date of Birth Month/Day/Year | Telephone (Area Code) | | Date of Birth Month/Day/Year | Telephone (Area Code) | |

| C Last Name | First | M.I. | Highway Dist. at Scene? ☐ Yes ☐ No  Name: | |
|---|---|---|---|---|
| Address | | | | Shield No. |
| Date of Birth Month/Day/Year | Telephone (Area Code) | | | |

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. 1  05915750 (Progressive)        Vehicle No. 2  6631P715718
Expiration Date  11/27/07                     Expiration Date  1/08/08
VIN  1FTRF17W94NB32842                        VIN  4T1SK12E9PU308803

**WITNESS** (Attach separate sheet, if necessary)
Name                      Address                      Phone

**DUPLICATE COPY REQUIRED FOR:**
☐ Dept. of Motor Vehicles (if anyone is killed/injured)
☐ Motor Transport Division (P.D. vehicle involved)
☐ NYC Taxi & Limousine Comm. (if a Licensed taxi or limousine involved)
☐ Other City Agency (Specify)
☐ Office of Comptroller (if a City vehicle involved)
☐ Personnel Safety Unit (if a P.D. vehicle involved)
☐ Highway Unit

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

**PROPERTY DAMAGED** (other than vehicles)        **OWNER OF PROPERTY** (include city agency, where applicable)

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle-Operator's First Name | Last Name | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|
| Make of Vehicle | Year | Type of Vehicle | Plate No. | Dept. Vehicle No. | Assigned To What Command |

Equipment in Use At Time of Accident
☐ Siren  ☐ Horn  ☐ Turret Light  ☐ 4-Way Flasher  ☐ High-Level Warning Lights  ☐ Traffic Cones  ☐ Headlights

**ACTIONS OF POLICE VEHICLE**
☐ Responding to Code Signal
☐ Pursuing Violator
☐ Other (Describe)
☐ Complying with Station House Directive
☐ Routine Patrol

# New York State Department of Motor Vehicles
## POLICE ACCIDENT REPORT (NYC)

Page _42 pch_ of Pages  
1049

☒ Amended report

| Accident Date | | | Day of Week | Military Time | No. of Vehicles | No. Injured | No. Killed | Not Investigated at Scene ☐ | Left Scene | Police Photos |
|---|---|---|---|---|---|---|---|---|---|---|
| Month | Day | Year | | | | | | Reconstructed ☐ | ☐ | ☐ Yes ☐ No |
| 11 | 19 | 07 | Mon | 1533 | 2 | 0 | 0 | | | |

### VEHICLE 1
☒ VEHICLE 2    ☐ BICYCLIST    ☐ PEDESTRIAN    ☐ OTHER PEDESTRIAN

**VEHICLE 1 - Driver License ID Number:** P386199581817    **State of Lic:** MN  
**Driver Name - exactly as printed on license:** Miles, Daniel Johnson  
**Address:** 13154 295th St    Apt. No.:  
**City or Town:** Lindstrom    **State:** MN    **Zip Code:** 55045  
**Date of Birth:** 06/14/86    **Sex:** M    **Unlicensed:** ☐    **No. of Occupants:** 2    **Public Property Damaged:** ☐  
**Name—exactly as printed on registration:** Baker Installations Inc    **Sex:** —    **Date of Birth:** —  
**Address:** 4121 Washington Rd    **Apt. No.:**    **Haz. Mat. Code:** —    **Released:** ☐  
**City or Town:** McMurray    **State:** PA    **Zip Code:** 15317  
**Plate Number:** YH57152    **State of Reg:** PA    **Vehicle Year & Make:** 2000 Ford    **Vehicle Type:** TK    **Ins. Code:**  

**VEHICLE 2 - Driver License ID Number:** 595556175    **State of Lic:** NY  
**Driver Name - exactly as printed on license:** Rosado, Edward Jr  
**Address:** 2501 Morris Ave    Apt. No.:  
**City or Town:** Bronx    **State:** NY    **Zip Code:** 10468  
**Date of Birth:** 05/07/70    **Sex:** M    **Unlicensed:** ☐    **No. of Occupants:** 2    **Public Property Damaged:** ☐  
**Name—exactly as printed on registration:** Rosado, Ging M    **Sex:** F    **Date of Birth:**  
**Address:** 2501 Morris Ave    **Apt. No.:** 2F    **Haz. Mat. Code:**    **Released:** ☐  
**City or Town:** Bronx    **State:** NY    **Zip Code:** 10468  
**Plate Number:** BMV4144    **State of Reg:** NY    **Vehicle Year & Make:** 1993 Toyota    **Vehicle Type:** 4DSD    **Ins. Code:** 234  

**VEHICLE 1 DAMAGE CODES**  
Box 1 - Point of Impact: 4    Box 2 - Most Damage: 4  
Enter up to three more Damage Codes: 3, 4, 5

**VEHICLE 2 DAMAGE CODES**  
Box 1 - Point of Impact: 12    Box 2 - Most Damage: 12  
Enter up to three more Damage Codes: 3, 4, 5

Accident Diagram: Sideswipe (same direction) — circled

VEHICLE DAMAGE CODING:
- 1-13 SEE DIAGRAM ON RIGHT
- 14. UNDERCARRIAGE    17. DEMOLISHED
- 15. TRAILER          18. NO DAMAGE
- 16. OVERTURNED       19. OTHER

Cost of repairs to any one vehicle will be more than $1000.  
☒ Unknown/Unable to Determine    ☐ Yes    ☐ No

**Place Where Accident Occurred:** ☒ BRONX ☐ KINGS ☐ NEW YORK ☐ QUEENS ☐ RICHMOND  
**Road on which accident occurred:** Prospect Ave  
**at 1) intersecting street:** Jennings St

### Accident Description/Officer's Notes
#1 The driver of veh #1 states he was driving N/B on Prospect Ave attempting to make a right turn on Jennings when driver veh #2 attempted to pass veh #1 on the right side in the bicycle only lane, causing him to collide with veh #2. Driver of veh #2 stated he was behind veh #1 had no indicator on. Driver of veh #2 proceeded to make right turn onto Jennings when driver of veh #1 made sharp right turn onto Jennings causing veh #1 to collide with veh #2.

| | | | | Age | Sex | | | | | Name |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 4 | | 21 | M | X | 13 | 6 | — — | Miles, Daniel Johnson |
| 1 | 3 | 4 | | 23 | M | X | 15 | 6 | — — | Barber III Norm |
| 2 | 1 | 4 | | 37 | M | X | 13 | 6 | — — | Rosado, Edward Jr |
| 2 | 3 | 4 | | 37 | F | X | 13 | 6 | — — | Rosado, Ging |

**Tax ID No:** 95922    **NCIC No:** 03030    **Precinct:** 042

PERSONS KILLED OR INJURED IN ACCIDENT (Letter designation of persons killed or injured must correspond with lower case)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Last Name | | | | | | | | | M.I. |
| Month | Day | Year | | | | Month | Day | Year | |

B Last Name                  First                  M.I.         E Last Name                  First                  M.I.

N/A (written across form)

Address                                                           Address

Date of Birth                    Telephone (Area Code)            Date of Birth                    Telephone (Area Code)
Month   Day   Year              (    )                            Month   Day   Year              (    )

C Last Name                  First                  M.I.         Highway Dist. at Scene?  ☐ Yes  ☐ No
                                                                  Name:

Address

Date of Birth                    Telephone (Area Code)                                            Shield No.
Month   Day   Year              (    )

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. 1  05915750 (progressive)        Vehicle No. 2  6631P715718

Expiration Date  1/27/07                      Expiration Date  1/8/08

VIN  1FTRF17W9TNB32842                        VIN  4T1SK12E9PU308803

**WITNESS (Attach separate sheet, if necessary)**

Name                           Address                          Phone

**DUPLICATE COPY REQUIRED FOR:**

☐ Dept. of Motor Vehicles        ☐ Motor Transport Division      ☐ NYC Taxi & Limousine Comm.   ☐ Other City Agency
  (if anyone is killed/injured)    (P.D. vehicle involved)          (if a Licensed taxi or limousine  (Specify)
                                                                    involved)

☐ Office of Comptroller          ☐ Personnel Safety Unit         ☐ Highway Unit _____
  (if a City vehicle involved)     (if a P.D. vehicle involved)

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

**PROPERTY DAMAGED** (other than vehicles)        **OWNER OF PROPERTY** (include city agency, where applicable)

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle—Operator's First Name | Last Name | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|
| Make of Vehicle | Year | Type of Vehicle | Plate No. | Dept. Vehicle No | Assigned To What Command |

Equipment in Use At Time of Accident
  ☐ Siren   ☐ Horn   ☐ Turret Light   ☐ 4-Way Flasher   ☐ High-Level Warning Lights   ☐ Traffic Cones   ☐ Headlights

**ACTIONS OF POLICE VEHICLE**

☐ Responding to Code Signal                              ☐ Complying with Station House Directive

☐ Other (Describe) _____

MV-104AN (5/04)

# Exhibit "B"



# Corporations

Online Services | Corporations | Forms | Contact Corporations | Business Services

Search
By Business Name
By Business Entity ID
Verify
Verify Certification
Online Orders
Register for Online Orders
Order Good Standing
Order Certified Documents
Order Business List
My Images
Search for Images

**Date:** 8/26/2008

## Business Entity Filing History
(Select the link above to view the Business Entity's Filing History)

### Business Name History

| Name | Name Type |
|---|---|
| BAKER INSTALLATIONS, INC. | Current Name |

### Business Corporation - Domestic - Information

| | |
|---|---|
| **Entity Number:** | 1604847 |
| **Status:** | Active |
| **Entity Creation Date:** | 9/13/1990 |
| **State of Business.:** | PA |
| **Registered Office Address:** | 4121 WASHINGTON RD MCMURRAY PA 15317-0 |
| **Mailing Address:** | No Address |

### Officers

| | |
|---|---|
| **Name:** | FREDERICK P BAKER |
| **Title:** | President |
| **Address:** | 4121 WASHINGTON RD MCMURRAY PA 15317-63 |
| | |
| **Name:** | MARIANNE MCCLAIN |
| **Title:** | Secretary |
| **Address:** | 4121 WASHINGTON RD MCMURRAY PA 15317-63 |
| | |
| **Name:** | BETH BAKER |
| **Title:** | Treasurer |
| **Address:** | 4121 WASHINGTON RD MCMURRAY PA 15317-63 |

Home | Site Map | Site Feedback | View as Text Only | Employment



Copyright © 2002 Pennsylvania Department of State. All Rights Reserved.
Commonwealth of PA Privacy Statement

STATE OF NEW YORK   )
                    )SS.:
COUNTY OF WESTCHESTER)

CARLA MANZO, being duly sworn says:

I am not a party to the action, am over 18 years of age and reside at Westchester County, New York. On August 27, 2008, I served a true copy of a Affirmation and Opposition, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York addressed to the last known address of the addressee as indicated below:

LAW OFFICES OF EPSTEIN & RAYHILL
Attorneys for Third-Party Defendant
565 Taxter Road - Suite 275
Elmsford, NY 10523
(914) 347-6360
File No. 08EL00124

MITCHEL E. WEISS, ESQ.
Attorney for Plaintiff
150 Broadway - Suite 1307
New York, NY 10038
(212) 571-7171

_____
CARLA MANZO

SWORN to before me this
27th day of August, 2008

_____
NOTARY

JASON M. BERNHEIMER
Notary Public, State of New York
No. 02BE6019121
Qualified in Westchester County
Commission Expires February 1, 2011